In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00225-CV
_____

JOSEPH D. JOHNSON, Appellant

V.

VICKERY DIRT, LLC, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. CIV29964

MEMORANDUM OPINION

The appellant, Joseph D. Johnson, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 25, 2018
Opinion Delivered July 26, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.